# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL JUSTIN PARKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-14-72-M |
| | ) |
| LOGAN COUNTY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On April 30, 2014, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's federal constitutional rights during his incarceration at the Logan County Jail in Guthrie, Oklahoma. The Magistrate Judge recommended that (1) plaintiff's Amended Complaint be dismissed for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983, (2) the Court decline to exercise supplemental jurisdiction over any state law claims asserted, and (3) plaintiff be granted leave to file a second amended complaint to address factual deficiencies identified in his claims. Plaintiff was advised of his right to object to the Report and Recommendation by May 21, 2014. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 18] issued by the Magistrate Judge on April 30, 2014;

(2) DISMISSES plaintiff's Amended Complaint without prejudice for failure to state a claim upon which relief may be granted;

(3) DECLINES to exercise supplemental jurisdiction over any state law claims asserted, and

(4) GRANTS plaintiff leave to file a second amended complaint to address the factual deficiencies identified in his claims; said second amended complaint shall be filed within twenty (20) days of the date of this Order.

**IT IS SO ORDERED this 3rd day of June, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE